

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2021

No. 04-21-00077-CV

**IN THE ESTATE OF CARLOS Y. BENAVIDES, JR.,**

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020-PB7-000138-L1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

The current deadline for appellant's reply brief is October 14, 2021. On October 13, 2021, appellant filed an unopposed motion requesting an extension of time to file her reply brief until November 3, 2021. After consideration, we **GRANT** appellant's motion and **ORDER** her to file her reply brief by November 3, 2021.

It is so **ORDERED** on this 14th day of October, 2021.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court